

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-70,616-08

### EX PARTE TRENTON LE TROY JACKSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 981891D IN THE 185TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of murder and sentenced to life imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Jackson v. State*, No. 14-04-00377-CR (Tex. App.—Houston [14th Dist.] Oct. 6, 2005) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On December 18, 2019, we denied this application without written order. Before the application was denied, Applicant filed a motion to abate in this Court, so that he could file amended or supplemental

grounds in the trial court.  We now withdraw on our own motion our previous disposition of this application and hold the application, so that Applicant can file amended or supplemental grounds in the trial court.  He shall file his grounds within thirty days of the date of this order.  No extensions will be granted.  The District Clerk shall immediately forward to this Court any amended or supplemental grounds that Applicant files.  Finally, Applicant's motion to abate is dismissed.

Filed:　　　　September 16, 2020
Do not publish